Allen **WOODYARD**, Plaintiff–
Appellant,

v.

Charles L. **RYAN**; et al., Defendants–
Appellees.

No. 13–15899.

United States Court of Appeals,
Ninth Circuit.

Nov. 18, 2013.[*]

Filed Nov. 27, 2013.

Allen Woodyard, Florence, AZ, pro se.

---

[**] The Honorable James K. Singleton, Senior United States District Judge for the District of Alaska, sitting by designation.

[***] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Kelley J. Morrissey, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Defendants–Appellees.

Before: SILVERMAN, BYBEE and PREGERSON, Circuit Judges.

MEMORANDUM **

Allen Woodyard appeals pro se the district court's denial of his request for preliminary injunctive relief against defendant prison officials. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *Winter v. Natural Resources Defense Council*, 555 U.S. 7, 24, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752–53 (9th Cir.1982) (explaining limited scope of review).[1]

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. Appellant's motion to expedite is denied as moot.

